IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERSPORT CORP. d/b/a WHAM-O, | |
| Plaintiff, | Civil Action No.: 1:25-cv-11006 |
| v. | Judge Thomas M. Durkin |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Daniel P. McLaughlin |
| Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 17 | Hogaotis |
| 33 | SYLPH US |
| 38 | wavren |
| 43 | YYM99LMY |
| 46 | BAOXIN Co.Ltd |
| 52 | Drawn Shop |
| 54 | DXCS'SHOP |
| 60 | GY SHOP |
| 63 | HEVIRGO |
| 66 | HOMETABGIME |
| 67 | Hometrendia |
| 77 | LJ STORE |
| 78 | Lonzony |
| 79 | meihen |
| 85 | QFZ'family |
| 88 | Risfaction |
| 90 | Seminboxan |
| 101 | wangliangyu |

| | |
|---|---|
| 112 | zhangdi |
| 115 | ZHUOXIAO Co.Ltd |
| 178 | XiaoBenBen |
| 189 | GUOCHAOO |
| 195 | xiaoyanwangluo |
| 196 | Xingshan Network |
| 200 | Chase Shop |
| 202 | Eclive |

DATED: November 7, 2025      Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
Email: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 7, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                         */s/ Keith A. Vogt*
                                                         Keith A. Vogt